IN THE SUPREME COURT OF NORTH CAROLINA

No. 9A13

FILED 13 JUNE 2013

HULYA GARRETT

v.

CHARLES W. BURRIS

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 735 S.E.2d 414 (2012), affirming an order entered on 6 May 2009 by Judge Edward L. Hedrick, IV in District Court, Iredell County. Heard in the Supreme Court on 6 May 2013.

*Hunt Law, PLLC, by Gregory Hunt, for plaintiff-appellant.*

*M. Clark Parker, P.A., by M. Clark Parker, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice BEASLEY did not participate in the consideration or decision of this case.